

FILED
SEP 1 8 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# United States District Court
## For
## The Eastern District of New York

United States vs. Marvin Lamar      Docket Number: 2:18CR00110 - 001

To any United States Marshal, or any other authorized officer.

| Warrant for the Arrest of Defendant |
|---|

*You are hereby commanded to arrest the within named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court.*

| Name of Defendant | Gender | Race | Age |
|---|---|---|---|
| Marvin Lamar | Male | Black | 37 |

**Address (Street, City, State)**
616 Dale Street  Hampton, VA  23661

**To be brought before (Court, City, State)** Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

United States District Court
Brooklyn, NY

Clerk: BRENNA B. MAHONEY    (by) Deputy Clerk    Date: JAN 1 3 2023

### Return

| Warrant received and executed | Date Received | Date Executed |
|---|---|---|
| Daniel Payne | Jan 13 2023 | Sep 18 2023 |

**Executing Agency (Name and Address)**
USMS E/VA - Executed on behalf of USMS E/NY

| Name | (by) | Date |
|---|---|---|
| D. Payne, DUSM | | Sep 18 2023 |

PS 8
(Rev 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

U.S.A. vs.   Marvin Lamar                    Docket No. 2:18CR00110-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Chijioke D. Ezenyilimba   , Pretrial Services Officer, presenting an official report upon the conduct of defendant   Marvin Lamar  , who was placed under pretrial release supervision by the Honorable   Joan Azrack  , sitting in the court at   225 Cadman Plaza East   on the   12th   date of   January  ,   2023   under the following conditions:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

Please see the attached memorandum

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND ISSUE AN ARREST WARRANT.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this   13th   day of   January  , 20  23   and ordered filed and made a part of the records in the above case. | Executed on _____ |
| /s/ Joan M. Azrack | U.S. Pretrial Services/Probation Officer |
| U.S. District Judge/Magistrate Judge | Place _____ |

Re: Lamar, Marvin
Dkt#: 18CR00110

__X__  Request to revoke bail release conditions is granted. Pretrial Services is directed to prepare and process warrant application for Courts signature.

_____  Request to revoke bail release conditions is granted. U.S. Attorney=s Office is directed to prepare and process warrant application for Court's signature.

Other instructions: _____

_____

/s/ Joan M. Azrack                                         1/13/2023
_____                      _____
Joan Azrack                                                    Date
United States District Judge

Rev 6/2009

# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

## MEMORANDUM

FILED
CLERK

1/13/2023 9:12 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DATE:** January 12, 2023

**TO:** Honorable Joan Azrack
United States District Judge

**RE:** Lamar, Marvin
Docket No.: 2:18CR00110-1

Request for Revocation of Bail Release

---

The above-referenced defendant was arrested on April 4, 2018, pursuant to an indictment charging him with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 841(a)(1). On the same date the defendant made his initial appearance where he entered a guilty plea and a permanent order of detention was entered. On July 25, 2019, a detention hearing was held before Your Honor and the defendant was granted temporary release - to undergo a kidney transplant surgery - on a personal recognizance bond with the following additional conditions: report to Pretrial Services as directed; travel restricted to the Eastern and Southern Districts of New York; subject to random home and employment visits; refrain from contact with any gang members or associates; and voluntarily surrender to United States Marshals Service custody in Central Islip on September 16, 2019. It was also noted that the defendant should not report to the Pretrial Services office due to his cooperation. On September 13, 2019, Your Honor extended the self-surrender date until November 15, 2019. On November 7, 2019, Your Honor granted another request to extend surrender, this time to January 17, 2020, and permitted travel to Virginia with prior approval from Pretrial Services. Multiple other extensions have been granted. The defendant is awaiting sentencing.

Due to the defendant residing in Hampton, Virginia, he is supervised by United States Probation Officer Margaret N. Childress in the Eastern District of Virginia.

This the **third** violation memorandum submitted to Your Honor. On February 23, 2021, a request for revocation of bail and issuance of a bench warrant was requested after the defendant was rearrested and charged with Felony Strangle Another Causing Wounding or Injury and Misdemeanor Assault on a Family Member. The Court revoked the defendant's bond, and the defendant was remanded to federal custody. On December 13, 2021, he appeared before United States Magistrate Judge Anne Y. Shields and was re-released with the same conditions. A protective order related to the state charges in the Eastern District of Virginia remain in effect.

In addition, on May 18, 2022, the defendant self-surrendered to the Chesapeake Police Department on a warrant for Misdemeanor Stalking. The defendant surrendered that same date and was released on summons. These charges were subsequently nolle prossed.

We are now writing to inform Your Honor that on January 5, 2023, the defendant's supervising officer in the Eastern District of Virginia received notification from the Virginia Beach Police Department of an active warrant for the defendant for Felony Assault: Malicious Wounding. The defendant was notified and instructed to turn himself in immediately. The defendant self-surrendered as instructed and was remanded to custody. His next court date is scheduled for March 16, 2023.

Due to the defendant's repeated non-compliance, Pretrial Services respectfully request that the defendant's bond be revoked, and a warrant be issued to serve as a detainer. Both Assistant United States District Attorney Christopher Caffarone and defense counsel Lloyd Nadel were made aware of this memorandum. Should Your Honor have any questions or concerns, please do not hesitate to contact Officer Chijioke Ezenyilimba at (718) 613-2664.


Prepared by: *Chijioke Ezenyilimba*      Approved by: *Jeannine Quijije*
             Chijioke Ezenyilimba                     Jeannine Quijije
             U.S. Pretrial Services Officer           Supervising U.S. Pretrial Services Officer


cc:   Christopher Caffarone, AUSA
      Lloyd Nadel, defense counsel